JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Elizabeth Baldridge (SBN 313390)
EBaldridge@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO.: 8:22-cv-02189<br>[Removed from Orange County Superior Court; Case No. 30-2022-01288318-CU-BC-CJC]<br><br>**JOINT STIPULATION CLARIFYING SCOPE OF LANHAM ACT CLAIM ASSERTED IN PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  October 26, 2022<br>Trial Date:          Not Set |

It is hereby stipulated by and between the parties, Plaintiff DeLorean Motor Company ("Plaintiff") and NBCUniversal Media LLC ("Defendant", and together with Plaintiff, the "Parties"), as follows:

## **RECITALS**

A.  Plaintiff filed its initial complaint in the Superior Court of Orange County on October 26, 2022;

B.  Plaintiff served the summons and complaint on Defendant on November 4, 2022;

C.  Defendant filed its answer in the Superior Court of Orange County on December 2, 2022;

D.  Defendant removed the case from the Superior Court of Orange County to this Court on December 5, 2022;

E.  Counsel for Plaintiff and Defendant met and conferred by telephone on December 21, 2022, regarding a contemplated motion for judgment on the pleadings and an anti-SLAPP motion under California Code of Civil Procedure section 425.16, which Defendant intended to file on January 3, 2023;

F.  As a result of these discussions, Plaintiff filed its First Amended Complaint ("FAC") on December 22, 2022, in an attempt to narrow the issues and avoid motion practice by clarifying that certain uses of the DeLorean time machine car were not the subject of Plaintiff's breach of contract or Lanham Act claim;

G.  Following Plaintiff's FAC filing, the Parties further met and conferred about the amended pleading and Defendant's concern that the FAC could be read to assert a Lanham Act claim based in part on the appearance of the DeLorean time machine car in expressive works such as the *Back to the Future* films, the film *Ready Player One*, and advertising for those films;

H.  As a result of the parties' meet and confer discussions, and although Plaintiff believed the FAC was already sufficiently clear as to its scope, in an effort to avoid

motion practice Plaintiff agreed to further clarify the scope of the Lanham Act claim, and specifically to confirm that Plaintiff's Lanham Act claim is not based, in whole or in part, on the appearance of a DeLorean car in the *Back to the Future* films, in the film *Ready Player One*, or in any works protected by the First Amendment, as well as the advertising of such works.  Rather, Plaintiff's Lanham Act claim, as further alleged in the FAC, is based on the alleged unauthorized use of DeLorean trademarks and trade dress in various consumer products and services.

## **STIPULATION**

Therefore, the Parties, by and through their counsel, hereby stipulate that Plaintiff's Lanham Act claim is not based, in whole or in part, on the appearance of a DeLorean car in the *Back to the Future* films, in the film *Ready Player One*, or in any works protected by the First Amendment, as well as the advertising of such works.

Dated:  February 16, 2023

JENNER & BLOCK LLP

By: */s/ Andrew J. Thomas*
Andrew J. Thomas
Todd C. Toral
Elizabeth Baldridge
Rachael A. Goldman

Attorneys for Defendant
NBCUNIVERSAL MEDIA LLC

2

JOINT STIPULATION CLARIFYING SCOPE OF LANHAM ACT CLAIM ASSERTED IN PLAINTIFF'S FIRST AMENDED COMPLAINT

4892-2065-3385.v1

Dated:  February 16, 2023

FOLEY BEZEK BEHLE AND CURTIS LLP

By: */s/ Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Jordan A. Liebman
Luis Saenz

Attorneys for Plaintiff
DELOREAN MOTOR COMPANY

*\*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*