```
 1  JENNER & BLOCK LLP
    Andrew J. Thomas (SBN 159533)
 2  AJThomas@jenner.com
    Todd C. Toral (SBN 197706)
 3  TToral@jenner.com
    Elizabeth Baldridge (SBN 313390)
 4  EBaldridge@jenner.com
    Rachael A. Goldman (SBN 335138)
 5  RGoldman@jenner.com
    515 South Flower Street, Suite 3300
 6  Los Angeles, CA 90071-2246
    Telephone:  +1 213 239 5100
 7  Facsimile:  +1 213 239 5199

 8  Attorneys for Defendant
    NBCUNIVERSAL MEDIA, LLC
 9
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO.: 8:22-cv-02189-DOC-DFM<br>[Removed from Orange County Superior Court; Case No. 30-2022-01288318-CU-BC-CJC]<br><br>[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed:  October 26, 2022<br>Trial Date:  April 2, 2024 |

1

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

4862-1412-0542

1  Having considered the papers, and finding that good cause exists, the
2  Parties' Stipulated Protective Order is **granted**.
3
4  **IT IS SO ORDERED**.
5
6  DATED: __July 3_____, 2023    _____
7                                     Douglas F. McCormick
                                      United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28