**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**[PROPOSED] ORDER GRANTING NBCUNIVERSAL MEDIA, LLC'S REQUEST FOR JUDICIAL NOTICE** |

Case No.: 8:22-cv-02189-DOC-DFM
**[PROPOSED] ORDER**

Defendant NBCUniversal Media LLC ("NBCU") asks the Court for leave to file the following documents under seal:

1. Exhibit 8 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

2. Exhibit 9 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

3. Exhibit 10 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

4. Exhibit 11 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

5. Exhibit 12 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

6. Exhibit 13 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

7. Exhibit 14 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment,

8. Exhibit 47 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment, and

9. Exhibit 49 to NBCU's Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.

Having considered NBCU's Application For Leave To File Exhibits To The Compendium Of Exhibits In Support Of Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment Under Seal ("Application"), and finding good cause therefor, the Court hereby GRANTS NBCU's Application. The foregoing documents shall be sealed.

1  IT IS SO ORDERED.
2
3
4  DATED: _____          _____
5                                  Honorable David O. Carter
                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28