# Exhibit 47
# Filed Under Seal