**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br>Honorable David O. Carter<br><br>**DECLARATION OF SCOTT MCQUOWN IN SUPPORT OF NBCUNIVERSAL MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Case No.: 8:22-cv-02189-DOC-DFM
**DECLARATION OF SCOTT MCQUOWN**

**DECLARATION OF SCOTT MCQUOWN**

I, Scott McQuown, declare as follows:

1. I am the Senior Vice President of Financial Contract Reporting for NBCUniversal Studio Group at NBCUniversal Media, LLC ("NBCU"). The facts set forth below are based either upon my own personal knowledge or upon my review of NBCU's internal business records and communications with which I am familiar.

2. I make this declaration in support of NBCU's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.

3. I joined NBCU in February 1991. I was promoted to Vice President of Financial Contract Reporting in 2006. I have been in my current position since October 2022.

4. As Vice President, I supervised NBCU's financial contract accounting and reporting practices for its entertainment properties. My responsibilities included, among other things, ensuring general compliance with NBCU's financial contractual obligations to individuals or entities and overseeing the preparation of accounting statements and any contingent compensation payments made in connection with revenue received by NBCU from licensing its intellectual property, including the accounting statements and payments sent to DeLorean Motor Company ("DMCT") based on merchandise sales and commercial tie-ups by NBCU and its licensees that featured the flying DeLorean Time Machine Car from the *Back to the Future* motion pictures.

5. In or around 1989, John Z. DeLorean, on the one hand, and Amblin Entertainment, Inc. and Universal Pictures, a division of Universal City Studios, Inc., on the other hand, entered into an agreement regarding Universal's use of the DeLorean automobile in merchandising and commercial tie-ups related to the *Back to the Future* films (the "1989 Agreement"). Universal City Studios, Inc. is the predecessor-in-interest to Universal City Studios LLC, which is an indirect, wholly-

owned subsidiary of NBCU.  A true and correct copy of the 1989 Agreement is attached to NBCU's Compendium of Exhibits as **Exhibit 1**.

6. After the execution of the 1989 Agreement, NBCU began accounting to Mr. DeLorean.  At some point prior to Mr. DeLorean's death in 2005, NBCU's payments to Mr. DeLorean ceased.

7. On December 1, 2017, DMCT wrote to NBCU stating that the parties were at an "impasse" and demanding that NBCU "provide a full and accurate" accounting by the end of the month or else DMCT would have to "escalate the matter."  A true and correct copy of this email correspondence is attached to NBCU's Compendium of Exhibits as **Exhibit 4**.

8. On or about January 26, 2018, Adam Hagen, in-house counsel at NBCU, sent a letter to Roger Dartt, President of DMCT.  A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 5**.

9. In February 2018, R. Scott Thompson, who represented the Estate of John Z. DeLorean (the "DeLorean Estate"), contacted NBCU and claimed that the Estate, not DMCT, was entitled to receive royalties under the 1989 Agreement.  A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 6**.

10. In March 2020, NBCU prepared and sent DMCT an accounting statement that covered the period from January 1, 2017 through September 30, 2018, in the amount of $29,482.  In preparing the statement, NBCU reviewed the list of entities referenced in DMCT's September 25, 2017 correspondence.  To the extent NBCU licensed any rights under the 1989 Agreement to these entities, NBCU included royalties in its reporting to DMCT.  NBCU issued a check to DMCT for $29,482, and DMCT deposited the check.  A true and correct copy of this accounting statement and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 10**.

11. In April 2020, NBCU prepared and sent DMCT an accounting statement that covered the period from October 1, 2018 through December 31, 2019, in the amount of $49,264. NBCU issued a check to DMCT for $49,264, and DMCT deposited the check. A true and correct copy of this accounting statement and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 11**.

12. On or about April 18, 2018, Adam Hagen, in-house counsel at NBCU, sent a letter to Dan Noonan, counsel for DMCT. A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 7**.

13. In November 2020, NBCU prepared and sent DMCT an accounting statement that covered the period from January 1, 2020 through June 30, 2020, in the amount of $20,587. NBCU issued a check to DMCT for $20,587, and DMCT deposited the check. A true and correct copy of this accounting statement and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 12**.

14. In August 2021, NBCU prepared and sent DMCT an accounting statement that covered the period from July 1, 2020 through December 31, 2020, in the amount of $33,325. NBCU issued a check to DMCT for $33,325, and DMCT deposited the check. A true and correct copy of this accounting statement and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 13**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2024 at Los Angeles, California.

By: _____

Scott McQuown