**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**DECLARATION OF ANIKA LONGWORTH IN SUPPORT OF NBCUNIVERSAL MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Case No.: 8:22-cv-02189-DOC-DFM
**DECLARATION OF ANIKA LONGWORTH**

# DECLARATION OF ANIKA LONGWORTH

I, Anika Longworth, declare as follows:

1. I am the Director of Accounting and Reporting of Global Finance for Universal Products & Experiences ("UP&E") at NBCUniversal Media, LLC ("NBCU"). The facts set forth below are based upon either my own personal knowledge or my review of NBCU's internal business records and communications with which I am familiar.

2. I make this declaration in support of NBCU's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.

3. I joined NBCU in September 2018 and have been in my current position since March 2021.

4. In my current role, I manage UP&E's accounting and reporting practices and am responsible for (among other things) tracking licensing revenue generated by NBCU in connection with its use of the *Back to the Future* Time Machine Car in any merchandise and commercial tie-ups, and reporting licensing revenue and related financial information to NBCU's Financial Contract Reporting group.

5. In or around August 2023, pursuant to the request of in-house counsel, I created a chart to show quarterly revenue generated by NBCU from January 1, 2017 through September 30, 2022 in connection with sales by NBCU's licensees of *Back to the Future* merchandise featuring the Time Machine Car. A true and correct copy of the chart entitled "List of Revenues from NBCUniversal Licensees" is attached to NBCU's Compendium of Exhibits as **Exhibit 14**. As shown in Exhibit 14, NBCU generated $12,256,774.74 in total revenue from such sales during this period.

6. In November 2023, Plaintiff DeLorean Motor Company ("DMCT") served NBCU with a set of Requests for Admission ("RFAs"). DMCT's RFAs asked NBCU to admit it had granted licenses to 27 entities to sell products

incorporating DMCT's trademarks and trade dress: Nike, Cadbury Company, Quartz Watch, Valterra, Panini, Taxaco, JRL, LJN, Funrise, Thermos, Applause, Topps, Kellogs, Tiger Electronics, Harvey Comics, AMT, Academy, Topper Toys, Vitesse, Skynet, Asylum's Minimates, Taiyo, GDG Toys, Looney Labs, Temporal FX, ReAction and Shakems (collectively referred to as the "Purported Licensees"). *See* Exhibit 37 to NBCU's Compendium of Exhibits.

7. Pursuant to the request of in-house counsel, I reviewed the RFAs and NBCU's licensing records relating to the *Back to the Future* franchise. Based on my review, I concluded that NBCU did not license any *Back to the Future* merchandise or commercial tie-ups which included the Time Machine Car to any Purported Licensee from January 1, 2017 through October 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2024 at Los Angeles, California.

By: _____
Anika Longworth