**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**DECLARATION OF DON SOHN IN SUPPORT OF NBCUNIVERSAL MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Case No.: 8:22-cv-02189-DOC-DFM

**DECLARATION OF DON SOHN**

# DECLARATION OF DON SOHN

I, Don Sohn, declare as follows:

1. I am the Vice President of Theatrical Reporting for NBCUniversal Studio Group at NBCUniversal Media, LLC ("NBCU"). The facts set forth below are based either upon my own personal knowledge or upon my review of NBCU's internal business records and communications with which I am familiar.

2. I make this declaration in support of NBCU's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.

3. I joined NBCU in 1996, and from 2012 through 2023, I was the Executive Director of Theatrical Reporting. I was promoted to Vice President of Theatrical Reporting in February 2023.

4. In my prior role as Executive Director, I prepared accounting statements and any contingent compensation payments made in connection with revenue received by NBCU from licensing its intellectual property, including some of the accounting statements and payments sent to DeLorean Motor Company ("DMCT") based on merchandise sales and commercial tie-ups by NBCU and its licensees that featured the flying DeLorean Time Machine Car from the *Back to the Future* motion pictures.

5. In January 2017, DMCT first contacted NBCU claiming that it was entitled to be paid royalties under the 1989 Agreement as the successor of John Z. DeLorean. Relying on DMCT's representations that DMCT, not the DeLorean Estate, was the successor-in-interest under the 1989 Agreement and entitled to royalties, NBCU began to account to DMCT.

6. In June 2017, based on the language of the 1989 Agreement, NBCU prepared and sent DMCT an accounting statement that covered the period from April 1, 1994 through December 31, 2016, in the amount of $144,249. NBCU issued a check to DMCT for $144,249, and DMCT deposited the check. A true and correct

copy of this accounting statement, payment and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 8**.

7. On June 16, 2017, DMCT sent NBCU a list of approximately 20 entities, asserting that NBCU had licensed rights under the 1989 Agreement to these entities but had failed to report royalties to DMCT on its accounting statement. *See* Exhibit 2.

8. NBCU subsequently reviewed the list of entities, corrected for 10 additional licensees and issued a supplemental accounting statement in August 2017 that included these corrections and covered the period from April 1, 1994 through December 31, 2016, in the amount of $27,363. NBCU issued a check to DMCT for $27,364, and DMCT deposited the check. A true and correct copy of this supplemental accounting statement, payment and supporting documentation is attached to NBCU's Compendium of Exhibits as **Exhibit 9**.

9. On September 25, 2017, DMCT sent NBCU a second list of about 35 entities, again asserting that NBCU had licensed rights under the 1989 Agreement to these entities but failed to report royalties to DMCT on its June or August 2017 statements. *See* Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2024 at Los Angeles, California.

By: /s/ Don Sohn

Don Sohn