**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**DECLARATION OF CHRISTINA MONTEIRO IN SUPPORT OF DEFENDANT NBCUNIVERSAL MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Case No.: 8:22-cv-02189-DOC-DFM
**DECLARATION OF CHRISTINA MONTEIRO**

# DECLARATION OF CHRISTINA MONTEIRO

I, Christina Monteiro, declare as follows:

1. I am Vice President of Intellectual Property at Defendant NBCUniversal Media, LLC ("NBCU"). The facts set forth below are based either upon my own personal knowledge or upon my review of NBCU's internal business records and communications with which I am familiar.

2. I make this declaration in support of NBCU's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.

3. I joined NBCUniversal as Senior Counsel of Intellectual Property in January 2017 and was promoted to Vice President in December 2018.

4. In my current role, I am responsible for (among other things), advising our business on general intellectual property matters relating to iconic franchise properties, enforcement efforts relating to these properties and trademark prosecution strategy. I am familiar with the entertainment properties owned by Universal Pictures, which is a division of NBCU (Universal Pictures and NBCU are collectively referred to as "NBCU").

5. NBCU released its first *Back to the Future* film in 1985 and also released two sequels: *Back to the Future II* in 1989 and *Back to the Future III* in 1990. The three films (collectively referred to as the "BTTF Films") generated hundreds of millions of dollars in box office revenue as evidenced by the publicly available box office reports attached as Exhibit 38.

6. Based on the success of the BTTF Films, NBCU created an animated television series that ran for two seasons, a direct-to-video short film featuring Doc Brown, and various novelizations.

7. NBCU has continuously exploited the BTTF Films through home video and other media outlets, including but not limited to VHS, DVD, Blu-ray, premium cable, streaming platforms, board games and video games. NBCU and its licensees have also continuously exploited the BTTF Film franchise and its elements,

1 | including the Time Machine Car, in commerce through advertising, offering for sale, and selling a wide variety of products and services, including but not limited to T-shirts, apparel, toy cars, mugs, magnets, face masks, artwork, collectibles, books, playing cards, and puzzles.

8. Since NBCU released the BTTF Films, NBCU has continuously monitored the market for infringing uses of its BTTF Film franchise and all elements incorporated therein. When a potentially infringing use of the franchise comes to our attention, NBCU issues cease and desist notices or otherwise enforces its rights in the franchise and its elements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2024 at Los Angeles, California.

By: *[signature]*

Christina Monteiro