**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**DECLARATION OF ANDREW J. THOMAS IN SUPPORT OF NBCUNIVERSAL MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Case No.: 8:22-cv-02189-DOC-DFM

**DECLARATION OF ANDREW J. THOMAS**

# DECLARATION OF ANDREW J. THOMAS

I, Andrew J. Thomas, declare as follows:

1. I am a partner in the law firm Jenner & Block LLP, which represents Defendant NBCUniversal Media, LLC ("NBCU") in this action and represented NBCU during much of its prelitigation correspondence with DeLorean Motor Company ("DMCT"). I make this declaration in support of NBCU's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment. If called to testify, I could and would testify as to the following facts based on my personal knowledge and based on the records of my law firm.

## *Back to the Future* Films

2. NBCU released three *Back to the Future* motion pictures: *Back to the Future* (1985), *Back to the Future II* (1989), and *Back to the Future III* (1990) (collectively the "BTTF Films"). The BTTF Films follow the adventures of a high school student, Marty McFly, and an eccentric scientist, Dr. Emmett "Doc" Brown, as they use a heavily modified DeLorean DMC-12 automobile (the "Time Machine Car") to travel throughout different time periods, including 1985, 1955, 2015, and 1885, in a fictional town. *See* Ex. 73 (lodged DVDs).

3. The BTTF Films have enjoyed overwhelming success and reached iconic status in popular culture. Indeed, numerous popular culture publications, including *Vanity Fair* and *Rolling Stone* magazines, have highlighted the first film as one of the best movies from the 1980s. The film also was inducted into the Library of Congress's National Film Registry in 2007. As a result of the public's continuing interest in the BTTF Films, NBCU has released anniversary additions of the BTTF Films while celebrating its 15th, 20th, 25th, and 30th year anniversaries. True and correct copy of screenshots from the website "Box Office Mojo" are attached to NBCU's Compendium of Exhibits as **Exhibit 38**, captured in or around January 2024. These screenshots were compiled by my office at my request and show that *Back to the Future* earned approximately $384.6 million in box office

revenue, *Back to the Future II* earned approximately $332.5 million in box office revenue, and *Back to the Future III* earned approximately $245.1 million ion box office revenue.

4. The Time Machine Car includes several exterior and interior modifications that distinguish it from an actual DeLorean DMC-12 automobile. Specifically, the Time Machine Car's exterior modifications include two thrusters at the rear of the car, a complex system of wires and tubes, and exterior lights. The Time Machine Car also has a personalized license plate that reads "OUTATIME." Interior modifications of the Time Machine Car include several gadgets, tubes, displays that are not in an average DeLorean, and a fictional "flux capacitor" that is powered by an onboard nuclear reactor that runs on plutonium. The flux capacitor is the technology that enables the Time Machine Car to travel in time once it is driven at 88 miles per hour. *See* Ex. 70 at Exs. C-D; *see also* Ex. 73.

5. The Time Machine Car plays a central and critical role in the *Back to the Future* franchise. It is prominently featured in all three BTTF Films. In the second film, for example, the time display in the Time Machine Car malfunctions, causing the characters to travel to unexpected time periods. In the third film, the plot focuses on the main characters' journey to find and fix the Time Machine Car.

**Correspondence between NBCU and DMCT**

6. In July 2019, I conferred with DMCT's counsel, Casey Lambright, Esq. During the call, Mr. Lambright agreed to provide various communications and agreements relevant to DMCT's claim to have rights under the 1989 Universal Agreement and in the DeLorean trade name and logo, but DMCT did not provide the requested materials.

7. In January 2020, Mr. Lambright sent a letter to NBCU's general counsel, Adam Hagen. In response, I spoke with Mr. Lambright on February 7, 2020. I also sent email correspondence to Mr. Lambright on February 12, 2020. In my correspondence, I noted that in July 2019, Mr. Lambright "had agreed to provide

various communications and agreements relevant to [DMCT's] claim to have rights under the 1989 Universal Agreement and in the DeLorean trade name and logo," but Mr. Lambright had not done so.  A true and correct copy of this email correspondence is attached to NBCU's Compendium of Exhibits as **Exhibit 15**.

8. Mr. Lambright and I continued to exchange email correspondence throughout February 2020.  *See* Exhibit 44.

9. On March 18, 2020, I sent a letter to Mr. Lambright.  A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 16**.

10. On April 6, 2020, Mr. Lambright sent a letter to me.  In the letter, he noted that DMCT had made a "first demand" for an accounting from NBCU on "September 25, 2017."  A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 17**.

11. On August 6, 2021, Casey Lambright, counsel for DMCT, emailed me requesting "word on the missing items [he had] repeatedly requested."  In his email, Mr. Lambright did not identify the "missing" items he referenced.  A true and correct copy of this email correspondence is attached hereto as **Exhibit 18**.

12. On August 13, 2021, I emailed Mr. Lambright: "I am [] happy to look into anything you believe is missing. Can you be more specific about the missing items you refer to below?"  *See* Exhibit 18.

13. The same day, Mr. Lambright emailed me: "Did you ever figure out the missing documents and hole in the time line and when we will receive those?" *See* Exhibit 18.

14. On September 7, 2021, I emailed Mr. Lambright: "Can you please let me know more specifically what missing documents you are referring to in your email below?  As for the time line, I believe Universal has now accounted to you for all relevant time periods of BTTF merchandising activity covered by the 1989 Agreement."  Mr. Lambright did not respond to my email.  *See* Exhibit 18.

15.     On October 14, 2021, Roger Behle, counsel for DMCT, send me a letter demanding a complete accounting of NBCU's books and records pertaining to the 1989 Agreement and requesting that all materials be provided within 30 days. A true and correct copy of this letter is attached to NBCU's Compendium of Exhibits as **Exhibit 19**. In response, I asked Mr. Behle for additional information about the identities of any licensees that DMCT contended had been omitted from NBCU's accounting, the type of merchandise involved, and the dates such merchandise was sold.

16.     Several months later, on February 14, 2022, Mr. Behle's assistant sent me an email message containing a link to a document entitled "Back To The Future Almanac: Official Collector's Guide." (the "Almanac"), which purportedly covered the time period from 1985 through 2015 and included several hundred images of outdated *Back to the Future* ("BTTF") merchandise and memorabilia featuring the Time Machine Car, but which did not include any sales or licensing information, such as the identity of the purported NBCU licensee, dates of sale, or even whether NBCU had already accounted to DMCT for the product. A true and correct copy of this email message is attached to NBCU's Compendium of Exhibits as **Exhibit 20**. A true and correct copy of the Almanac is attached NBCU's Compendium of Exhibits as **Exhibit 21**.

17.     In that same email message, Mr. Behle's assistant also included a list of several hundred items referenced in the Almanac, which included descriptions such as "BTTF Song Book" and "BTTF Cap," but similarly did not include any sales or licensing information. A true and correct copy of this list is attached to NBCU's Compendium of Exhibits as **Exhibit 22**.

### Procedural History of this Case

18.     In October 2022, DMCT filed its Complaint against NBCU.

19.     Because the Complaint challenged the use of the Time Machine Car in the BTTF Films themselves, in another film, and in other activity protected by the

1. First Amendment, I met and conferred with Mr. Behle, counsel for DMCT, on December 21, 2022 regarding a contemplated motion for judgment on the pleadings and an anti-SLAPP motion under California Code of Civil Procedure section 425.16.

20. The next day, DMCT filed its First Amended Complaint ("FAC") in an apparent attempt to address the concerns I had raised. A true and correct copy of the correspondence between DMCT's counsel and me is attached to NBCU's Compendium of Exhibits as **Exhibit 23**.

21. After I expressed further reservations to Mr. Behle about the scope of the FAC, the parties entered into a stipulation on February 16, 2023, clarifying and narrowing the scope of DCMT's Lanham Act claim. Specifically, the parties stipulated that DMCT's Lanham Act claim was not based, in whole or in part, on the appearance of a DeLorean car in the BTTF films, in the film *Ready Player One*, or in any works protected by the First Amendment, as well as the advertising of such works. *See* Exhibit 77, ECF No. 17.

22. DMCT did not disclose any expert witness, or produce any expert evidence, to support its damages or Lanham Act claims on or before the January 3, 2024 deadline pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(2) and set forth in the Court's Scheduling Order at IV(4).

**NBCU's Written Discovery to DMCT**

23. On March 17, 2023, DMCT served its Initial Disclosures on NBCU, a true and correct copy of which is attached hereto as **Exhibit 24**. DMCT did not amend or supplement its Initial Disclosures at any point.

24. On June 23, 2023, DMCT provided its Responses to NBCU's First Set of Requests for Admission, a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 25**.

25. On June 23, 2023, DMCT provided its Responses to NBCU's First Set of Requests for Production, a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 26**.

26. On June 28, 2023, DMCT provided its Responses to NBCU's First Set of Interrogatories, a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 27**. DMCT did not amend or supplement its interrogatory answers at any point.

27. On November 3, 2023, DMCT provided its Amended Responses to NBCU's Second Set of Requests for Production, a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 28**. DMCT did not amend or supplement these responses at any point.

28. Attached hereto as **Exhibit 29** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 51.

29. Attached hereto as **Exhibit 30** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 52.

30. Attached hereto as **Exhibit 31** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 56.

31. Attached hereto as **Exhibit 32** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 58.

32. Attached hereto as **Exhibit 33** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 60.

33. Attached hereto as **Exhibit 34** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 62.

34. Attached hereto as **Exhibit 35** is the composite of documents cited by DMCT in Response to NBCU's RFP No. 64.

**DMCT's Written Discovery to NBCU**

35. On August 3, 2023, NBCU provided its Responses to DMCT's First Set of Requests for Production, a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 36**.

**DECLARATION OF ANDREW J. THOMAS**

36. On December 4, 2023, NBCU provided its Responses to DMCT's First Set of Requests for Admission (incorrectly titled as Set Two), a true and correct copy of which is attached to NBCU's Compendium of Exhibits as **Exhibit 37**.

**DMCT's Document Production to NBCU**

37. Attached to NBCU's Compendium of Exhibits as **Exhibit 47** is a true and correct copy of the Bill of Sale between DeLorean Motor Company and Consolidated International, Inc. and Group Investors Corporation, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_004489.

38. Attached to NBCU's Compendium of Exhibits as **Exhibit 48** is a true and correct copy of the Application Re: Order to Terminate Ownership of Vehicles and Sale of Personal Property, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_004538.

39. Attached to NBCU's Compendium of Exhibits as **Exhibit 39** is a true and correct copy of the Ayn, Inc. Sale Flyer, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_002741.

40. Attached to NBCU's Compendium of Exhibits as **Exhibit 49** is a true and correct copy of the Contract of Sale between Ayn, Inc., and Dr. James R. Smith, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_004498.

41. Attached to NBCU's Compendium of Exhibits as **Exhibit 46** is a true and correct copy of an agreement dated December 2004 between John Z. DeLorean and Stephen Wynne, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_003401.

42. Attached to NBCU's Compendium of Exhibits as **Exhibit 45** is a true and correct copy of the Witness Statement of Stephen Wynne, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_003255.

43. Attached to NBCU's Compendium of Exhibits as **Exhibit 40** is a true and correct copy of email correspondence dated January 31, 2017, between Michael Dresner of Brand Squared Licensing and Tamara Woolfork of NBCU, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_000131.

44. Attached to NBCU's Compendium of Exhibits as **Exhibit 41** is a true and correct copy of email correspondence dated February 16, 2017, between Roger Dartt of DMCT and Tamara Woolfork of NBCU, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_001103.

45. Attached to NBCU's Compendium of Exhibits as **Exhibit 42** is a true and correct copy of email correspondence dated March 2, 2017, between Roger Dartt, Stephen Wynne, and James Espey of DMCT, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_001479.

46. Attached to NBCU's Compendium of Exhibits as **Exhibit 2** is a true and correct copy of email correspondence dated June 16, 2017, between R. Dartt and T. Woolfork, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_000303.

47. Attached to NBCU's Compendium of Exhibits as **Exhibit 3** is a true and correct copy of email correspondence dated September 25, 2017, between R. Dartt and T. Woolfork, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_000065.

48. Attached to NBCU's Compendium of Exhibits as **Exhibit 4** is a true and correct copy of email correspondence dated December 1, 2017, between R. Dartt and T. Woolfork, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_000240.

49. Attached to NBCU's Compendium of Exhibits as **Exhibit 43** is a true and correct copy of the "Rule 11 Settlement Agreement" between the Estate of John Z. DeLorean (the "DeLorean Estate") and DeLorean Motor Company Texas,

produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_001124.

50. Attached to NBCU's Compendium of Exhibits as **Exhibit 5** is a true and correct copy of correspondence dated January 26, 2018, from Adam Hagen to Roger Dartt, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_001487.

51. Attached to NBCU's Compendium of Exhibits as **Exhibit 44** is a true and correct copy of email correspondence in February 2020 between A. Thomas and C. Lambright, produced by DMCT in response to discovery requests in this litigation and Bates stamped as DMC_003753.

## Documents Submitted for Judicial Notice

52. Exhibits 50 through 58 are briefs filed by DMCT and the DeLorean Estate in their litigation in the United States District Court for the District of New Jersey (Case Nos. 2:14-cv-01146-JLL-JAD and 2:18-cv-08212-MCA-JAD) and the United States Court of Appeals for the Third Circuit (Case No. 18-3333), and court opinions from those cases. I instructed my office to compile these documents from PACER.

53. Attached as **Exhibit 50** to NBCU's Compendium of Exhibits is a true and correct copy of the Complaint filed by Sally DeLorean as administratrix for the DeLorean Estate in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:14-cv-01146-JLL-JAD.

54. Attached as **Exhibit 51** to NBCU's Compendium of Exhibits is a true and correct copy of the Complaint filed by Sally DeLorean as administratrix for the DeLorean Estate in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

55. Attached as **Exhibit 52** to NBCU's Compendium of Exhibits is a true and correct copy of DMCT's Motion to Dismiss filed in *DeLorean v. DeLorean*

1  *Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

56. Attached as **Exhibit 54** to NBCU's Compendium of Exhibits is a true and correct copy of DMCT's Reply Brief in Further Support of Motion to Dismiss filed in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

57. Attached as **Exhibit 53** to NBCU's Compendium of Exhibits is a true and correct copy of the Certification of Stephen Wynne in Support of DMCT's Motion to Dismiss, filed in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

58. Attached as **Exhibit 55** to NBCU's Compendium of Exhibits is a true and correct copy of DMCT's Response to the DeLorean Estate's Statement of Facts filed in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

59. Attached as **Exhibit 56** to NBCU's Compendium of Exhibits is a true and correct copy of the District Court's Opinion filed in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD.

60. Attached as **Exhibit 57** to NBCU's Compendium of Exhibits is a true and correct copy of DMCT's Appellee Brief filed in *DeLorean v. DeLorean Motor Company (Texas)*, Third Circuit Case No. 18-3333.

61. Attached as **Exhibit 58** to NBCU's Compendium of Exhibits is a true and correct copy of the Third Circuit's Opinion filed in *DeLorean v. DeLorean Motor Company (Texas)*, Third Circuit Case No. 18-3333.

62. Exhibit 59 is publicly available on the Library of Congress website and was compiled by my office at my request.

63. Exhibits 60 through 70 are publicly available on the United States Patent and Trademark Office website and were compiled by my office at my request.

64. Attached as **Exhibit 59** to NBCU's Compendium of Exhibits is a true and correct copy of the Library of Congress "Complete National Film Registry Listing", which is available at the Library of Congress website at: https://www.loc.gov/programs/national-film-preservation-board/film-registry/complete-national-film-registry-listing/.

65. Attached as **Exhibit 60** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 3,715,283, registered November 24, 2009, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=3715283&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=status Search, in or about January 2024.

66. Attached as **Exhibit 61** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 3,914,710, registered February 1, 2011, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=3914710&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=status Search, in or about January 2024.

67. Attached as **Exhibit 62** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 4,304,360, registered March 19, 2013, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=4304360&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

68. Attached as **Exhibit 63** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 4,895,663, registered February 2, 2016, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=4895663&case

**DECLARATION OF ANDREW J. THOMAS**

SearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

69. Attached as **Exhibit 64** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 4,935,970, registered April 12, 2016, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=4935970&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

70. Attached as **Exhibit 65** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 5,371,356, registered January 2, 2018, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=5371356&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

71. Attached as **Exhibit 66** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 5,376,560, registered January 9, 2018, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=5376560&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

72. Attached as **Exhibit 67** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 5,382,005, registered January 16, 2018, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=5382005&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

73. Attached as **Exhibit 68** to NBCU's Compendium of Exhibits is a true and correct copy of Trademark Registration No. 6,904,834, registered November 22,

**DECLARATION OF ANDREW J. THOMAS**

1  2022, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=6904834&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

74. Attached as **Exhibit 69** to NBCU's Compendium of Exhibits is a true and correct copy of the January 25, 2022 Office Action for Trademark Registration No. 6,904,834, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=6904834&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

75. Attached as **Exhibit 70** to NBCU's Compendium of Exhibits is a true and correct copy of DMCT's July 25, 2022 Response to Office Action for Trademark Registration No. 6,904,834, together with its exhibits A through GG, which was downloaded from the public website of the United States Patent and Trademark Office, https://tsdr.uspto.gov/#caseNumber=6904834&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, in or about January 2024.

76. Exhibits 71 and 72 are online articles that are publicly available on the *Vanity Fair* and *Rolling Stone* websites, respectively, and were compiled by my office at my request.

77. Attached as **Exhibit 71** to NBCU's Compendium of Exhibits is a true and correct copy of "The 30 Best 80's Movies that are Still Totally Bodacious Today" by Jordan Hoffman published October 27, 2022, in *Vanity Fair* magazine, available at https://www.vanityfair.com/hollywood/2022/10/best-80s-movies.

78. Attached as **Exhibit 72** to NBCU's Compendium of Exhibits is a true and correct copy of "The 100 Greatest Movies of the 80's" by David Fear, Andy Greene, Kory Grow, Katie Rife, Tim Grierson, Robert Daniels, Scott Tobias, Noel Murray, Guy Lodge, Stephen Garrett, and Jason Bailey, published March 2, 2022,

in *Rolling Stone* magazine, available at https://www.rollingstone.com/tv-movies/tv-movie-lists/100-greatest-movies-of-the-1980s-1277869/fitzcarraldo-1982-2-1287126/.

### Video Evidence

79. Attached hereto as **Exhibit 73** are DVD copies of the motion pictures *Back to the Future*, *Back to the Future II*, and *Back to the Future III* that were ordered by my office at to my instruction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2024 at Los Angeles, California.

By: _____
    Andrew J. Thomas

**DECLARATION OF ANDREW J. THOMAS**