**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br>Honorable David O. Carter<br><br>**[PROPOSED] JUDGMENT** |

This action came on for hearing before the Court on February 12, 2024, Honorable David O. Carter, United States District Judge presiding, on a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment filed by Defendant NBCUniversal Media, LLC.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be entered in favor of Defendant, that Plaintiff DeLorean Motor Company shall take nothing, that the action shall be dismissed on the merits with prejudice, and that Defendant shall recover its costs.

IT IS SO ORDERED AND ADJUDGED.

DATED: _____          _____
                                        Honorable David O. Carter
                                        United States District Judge