**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Lauren M. Greene (SBN 271397)
LGreene@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br><br>Honorable David O. Carter<br><br>**NBCUNIVERSAL MEDIA, LLC'S COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Defendant NBCUniversal Media, LLC ("NBCU") hereby submits the following Compendium of Exhibits in support of its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

| Exhibit # | Description |
|---|---|
| 1. | 1989 Agreement |
| 2. | June 16, 2017 Email from R. Dartt to NBCU |
| 3. | September 25, 2017 Email from R. Dartt to NBCU |
| 4. | December 1, 2017 Correspondence from DMCT to NBCU |
| 5. | January 26, 2018 Letter from A. Hagen to R. Dartt |
| 6. | February 2018 Letter from R. Scott Thompson to NBCU |
| 7. | April 18, 2018 Letter from A. Hagen to D. Noonan |
| 8. | April 1, 1994 through December 31, 2016 Accounting Statement |
| 9. | April 1, 1994 through December 31, 2016 Accounting Statement v.2 |
| 10. | January 1, 2017 through September 30, 2018 Accounting Statement |
| 11. | October 1, 2018 through December 31, 2019 Accounting Statement |
| 12. | January 1, 2020 through June 30, 2020 Accounting Statement |
| 13. | July 1, 2020 through December 31, 2020 Accounting Statement |
| 14. | Licensee List ("List of Revenues from NBCUniversal Licensees") |
| 15. | February 12, 2020 Correspondence from A. Thomas to C. Lambright |
| 16. | March 18, 2020 Letter from A. Thomas to C. Lambright |
| 17. | April 6, 2020 Letter from C. Lambright to A. Thomas |
| 18. | August and September 2021 Correspondence between A. Thomas and C. Lambright |
| 19. | October 14, 2021 Letter from R. Behle to A. Thomas |
| 20. | February 14, 2022 Correspondence from Office of R. Behle to A. Thomas |
| 21. | BTTF Almanac |

| Exhibit # | Description |
|---|---|
| 22. | BTTF Almanac Merchandise List |
| 23. | December 22, 2022 Email from R. Behle |
| 24. | DMCT Initial Disclosures |
| 25. | DMCT Responses to NBCU's First Set of Requests for Admission, served on June 23, 2023 |
| 26. | DMCT Responses to NBCU's First Set of Requests for Production, served on June 23, 2023 |
| 27. | DMCT Responses to NBCU's First Set of Interrogatories, served on June 28, 2023 |
| 28. | DMCT Amended Responses to NBCU's Second Set of Requests for Production, served on November 3, 2023 |
| 29. | DMCT's Composite of Documents in Response to NBCU's RFP No. 51 |
| 30. | DMCT's Composite of Documents in Response to NBCU's RFP No. 52 |
| 31. | DMCT's Composite of Documents in Response to NBCU's RFP No. 56 |
| 32. | DMCT's Composite of Documents in Response to NBCU's RFP No. 58 |
| 33. | DMCT's Composite of Documents in Response to NBCU's RFP No. 60 |
| 34. | DMCT's Composite of Documents in Response to NBCU's RFP No. 62 |
| 35. | DMCT's Composite of Documents in Response to NBCU's RFP No. 64 |
| 36. | NBCU Responses to DMCT's First Set of Requests for Production, served on August 3, 2023 |
| 37. | NBCU Responses to DMCT First Set of Requests for Admission, served on December 4, 2023 |
| 38. | Box Office Mojo Snapshots |
| 39. | Ayn, Inc. Sale Flyer |

| Exhibit # | Description |
|---|---|
| 40. | January 31, 2017 Correspondence between M. Dresner and T. Woolfork |
| 41. | February 16, 2017 Correspondence between R. Dartt and T. Woolfork |
| 42. | March 2, 2017 Correspondence between R. Dartt, S. Wynne, and J. Espey |
| 43. | Rule 11 Settlement Agreement |
| 44. | February 2020 Correspondence between A. Thomas and C. Lambright |
| 45. | Witness Statement of Stephen Wynne (UK) |
| 46. | 2004 Agreement between J. DeLorean and S. Wynne |
| 47. | Bill of Sale between DeLorean Motor Company and Consolidated International |
| 48. | Application Re: Order to Terminate Ownership of Vehicles and Sale of Personal Property |
| 49. | Contract of Sale between Ayn, Inc. and James R. Smith |
| 50. | Complaint in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:14-cv-01146-JLL-JAD |
| 51. | Complaint in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |
| 52. | DMCT's Motion to Dismiss and associated exhibits in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |
| 53. | Certification of Stephen Wynne in Support of DMCT's Motion to Dismiss in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |
| 54. | DMCT's Reply Brief in Further Support of Motion to Dismiss in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |
| 55. | DMCT's Response to the DeLorean Estate's Statement of Facts in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |

| **Exhibit #** | **Description** |
|---|---|
| 56. | Court's Opinion in *DeLorean v. DeLorean Motor Company (Texas)*, District of New Jersey Case No. 2:18-cv-08212-MCA-JAD |
| 57. | DMCT's Appellee Brief in *DeLorean v. DeLorean Motor Company (Texas)*, Third Circuit Case No. 18-3333 |
| 58. | Court's Opinion in *DeLorean v. DeLorean Motor Company (Texas)*, Third Circuit Case No. 18-3333 |
| 59. | Library of Congress "Complete National Film Registry Listing" |
| 60. | Trademark Registration No. 3,715,283 |
| 61. | Trademark Registration No. 3,914,710 |
| 62. | Trademark Registration No. 4,304,360 |
| 63. | Trademark Registration No. 4,895,663 |
| 64. | Trademark Registration No. 4,935,970 |
| 65. | Trademark Registration No. 5,371,356 |
| 66. | Trademark Registration No. 5,376,560 |
| 67. | Trademark Registration No. 5,382,005 |
| 68. | Trademark Registration No. 6,904,834 |
| 69. | January 25, 2022 Office Action for Trademark Registration No. 6,904,834 |
| 70. | July 25, 2022 Response to Office Action for Trademark Registration No. 6,904,834, with exhibits A through GG |
| 71. | "The 30 Best 80's Movies that are Still Totally Bodacious Today" |
| 72. | "The 100 Greatest Movies of the 80's" |
| 73. | Video Evidence |

| | | |
|---|---|---|
| 1 | Dated: January 12, 2024 | Jenner & Block LLP |
| 2 | | |
| 3 | | By: _/s/ Andrew J. Thomas_ |
| 4 | | Andrew J. Thomas<br>Lauren M. Greene<br>Rachael A. Goldman |
| 5 | | |
| 6 | | Attorneys for Defendant<br>NBCUniversal Media, LLC |