# Exhibit 46

# AGREEMENT

AS PART OF THE DMC BANRUPT
-JOHN Z. DELOREAN SETTLEMEN
IN AUGUST 1987, JOHN Z. DELOREA
ACQUIRED ALL RIGHTS TO THE
DELOREAN MOTOR COMPANY
INTELLECTUAL PROPERTY; NAMES,
CORPORATE I.D., COPYLIGHTS, ETC

FOR THE SUM OF $1^{00}$ AND
OTHER CONSIDERATIONS I HEREBY
GRANT TO DMC TEXAS,
(RIGHT NAME)
ADDRESS: THE
NON EXCLUSIVE RIGHT TO
REPRODUCE AND MODIFY DMC
SERVICE MANUALS AND TO
DISTRIBUTE THEM.

signed

DATE                    John Z. DeLorean
                        P.O. Box 1092
                        BEDMINSTER, NJ 07921

agreed

DATE                    PRESIDENT
                        DMC TEXAS

WITNESS

DMC_003400

# AGREEMENT

As part of the DeLorean Motor Company Bankruptcy - John Z. DeLorean Settlement in August 1987, John Z. DeLorean acquired all rights to the DeLorean Motor Company intellectual property; names, corporate identification, copyrights, etc.

For the sum of $1.00 and other considerations, I hereby grant to DeLorean Motor Company (Texas), 15023 Eddie Drive, Humble, Texas, 77396 the non-exclusive right to reproduce and modify the DeLorean Motor Company service publications and to distribute them.

1 2-27-2004
Date

Signed

John Z. DeLorean
P.O. Box 1092
Bedminster, NJ 07921

12/20/2004
Date

Signed

Stephen Wynne, President
DeLorean Motor Company (Texas)
15023 Eddie Drive
Humble, Texas 77396

DMC_003401