Roger N. Behle, Jr. (174755)
Jordan A. Liebman (317930)
Luis A. Saenz (336311)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, CA 93101
Tel:   (714) 556-1700
Fax:   (714) 546-5005
Email: rbehle@foleybezek.com
liebman@foleybezek.com
lsaenz@foleybezek.com

Attorneys for Plaintiff
DeLorean Motor Company

**JENNER & BLOCK LLP**
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
Todd C. Toral (SBN 197706)
TToral@jenner.com
Elizabeth Baldridge (SBN 313390)
EBaldridge@jenner.com
Rachael A. Goldman (SBN 335138)
RGoldman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELOREAN MOTOR COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02189-DOC-DFM<br>Hon. David O. Carter<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR LOCAL RULE 16 FILINGS**<br><br>Trial Date:   April 2, 2024 |

Plaintiff DeLorean Motor Company ("Plaintiff" or "DMCT") and Defendant NBCUniversal Media LLC ("Defendant" or "NBCU" and, collectively with Plaintiff, the "Parties"), together with their undersigned counsel of record, subject to the approval of the Court, hereby enter into this Joint Stipulation to Continue Local Rule 16 Filings, with reference to the following facts:

1. On October 26, 2022, Plaintiff filed its Complaint in the above-captioned matter in the Superior Court of the State of California, County of Orange, which NBCU removed to this Court on December 5, 2022.  ECF 1.

2. On April 3, 2023, the Court issued a Scheduling Order setting, among other dates, the Final Pretrial Conference for March 18, 2024.  ECF 22.

3. Pursuant to the Scheduling Order and Local Rule 16, counsel for the Parties are required to file Memoranda of Contentions of Fact and Law, Witness Lists, and a Joint Exhibit List 21 days before the Final Pretrial Conference (*i.e.*, on February 26, 2024).

4. On January 12, 2024, NBCU filed a Motion for Summary Judgment ("MSJ").  ECF 38.  DMCT filed its Opposition on January 22, ECF 46, and NBCU filed its Reply on January 29.  ECF 49.

5. On February 12, 2024, the Court held a hearing on NBCU's MSJ. During the hearing, the Court provided the Parties with a tentative ruling granting NBCU's MSJ as to DMCT's breach of contract and accounting claims, and denying NBCU's MSJ as to DMCT's trademark infringement claim.

6. On February 22, 2024, the Court issued its Order Granting in Part and Denying in Part NBCU's Motion for Summary Judgment ("MSJ Order") which did not alter its tentative order.  ECF 54.

7. The parties have met and conferred, as required by the Scheduling Order and Local Rule 16, and had tentatively prepared their Local Rule 16 documents, but were awaiting the final MSJ Order from the Court in order to finalize their Local Rule 16 documents.

**JOINT STIPULATION TO EXTEND CASE SCHEDULE**

1. 8. Good cause exists to continue the Local Rule 16 filing deadline for three (3) days, from February 26, 2024 to and including February 29, 2024, so that the Parties may revise their submissions to comport with the Court's MSJ Order to properly address the remaining issues in the case. The parties are not requesting that any other dates be continued.

**NOW, THEREFORE**, in light of the foregoing, the Parties stipulate, subject to the approval of this Court, that the Local Rule 16 filing deadline is continued for three (3) days from February 26, 2024 to and including February 29, 2024.

**IT IS SO STIPULATED.**

Dated: February 23, 2024     Jenner & Block LLP

By: */s/ Andrew J. Thomas*
Andrew J. Thomas
Lauren M. Greene
Rachael A. Goldman

Attorneys for Defendant
NBCU Universal Media, LLC

Dated: February 23, 2024     Foley Bezek Behle & Curtis, LLP[1]

By: */s/ Roger Behle*
Roger Behle

Attorneys for Plaintiff
DeLorean Motor Company

---

[1] Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Andrew J. Thomas, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.